JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CULL, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>O'REILLY AUTO ENTERPRISES, LLC, *et al.*,<br><br>               Defendants. | Case No. 5:23-cv-01623-FLA (MARx)<br><br>**ORDER DISMISSING ACTION [DKT. 32]** |

On April 29, 2024, Plaintiffs Gary Cull, Melissa Kolakowski, and Daniel Lopez (collectively, "Plaintiffs") and Defendant O'Reilly Auto Enterprises, LLC ("Defendant") filed a Notice of Settlement of Class Action ("Notice of Settlement"). Dkt. 32. The parties state they have reached a class-wide settlement that will resolve all disputes between the parties once approved, and anticipate seeking preliminary approval of the class action settlement within approximately 90 days in the action styled *Pipich v. O'Reilly Auto Enterprises, LLC*, Case No. 3:21-cv-01120-AHG, in the Southern District of California. Dkt. 32 at 3. Accordingly, the parties request the court vacate all pretrial and trial dates and deadlines and stay the action pending the approval of the class action settlement. *Id.*

1

Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice. The court retains jurisdiction to vacate this Order and reopen the action within 180 days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 180-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.
3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the court. Such stipulation shall be filed within the aforementioned 180-day period, or by such later date ordered by the court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: May 2, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge